JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME G. VELASQUEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>　　　　　Respondent. | Case No. CV 19-1400-FMO (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 25, 2019

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　United States District Judge